Harry Litman (SBN: 127202)
harry@harrylitman.com
Litman Law Firm
P.O. Box 23717
Pittsburgh, PA 15222
Telephone: (412) 523-1000

Eric H. Jaso (pro hac vice admission pending)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue
Suite 2C
Montclair, NJ 07042
Telephone: (973) 310-4026
Facsimile: (973) 232-0887
ejaso@shnlegal.com

Attorneys for Plaintiff-Relator Aidan Forsyth

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, and LAURIE HOLCOMB,<br><br>Defendants. | Case No.: 23CV1962-W-MMP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff-Relator Aidan Forsyth voluntarily dismisses this action as to Defendants Gold Floora LLC, GF Distribution LLC, Gold Flora Partners LLC, and Black Lion Farms LLC, without prejudice. The United States consents to the dismissals without prejudice.

SHN\1095008.2

DATED:    July 17, 2026

Respectfully submitted,

Harry Litman (SBN: 127202)
LITMAN LAW FIRM
P.O. Box 23717
Pittsburgh, PA 15222
Telephone: (412) 523-1000
harry@harrylitman.com

Eric H. Jaso (pro hac vice admission pending)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Telephone: (973) 310-4026
Facsimile:   (973) 232-0887
ejaso@shnlegal.com

Attorneys for Plaintiff-Relator
Aidan Forsyth

2

25CV1069