ADAM GORDON
United States Attorney
JOSEPH P. PRICE JR.
Assistant U.S. Attorney
Cal. State Bar No. 131689
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7642
Joseph.Price@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, and LAURIE HOLCOMB,<br><br>Defendants. | Case No.: 23CV1962-W (MMP)<br><br>**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF DEFENDANTS GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, AND BLACK LION FARMS LLC** |

Relator Aidan Forsyth has filed a Notice of Voluntary Dismissal as to Defendants Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, and Black Lion Farms LLC only pursuant to Rule 41(a)(1)(A)(i). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of Defendants Gold Flora LLC, GF Distribution LLC, Gold Flora Partners LLC, and Black Lion Farms LLC only, without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest based on currently available information. Relator's dismissal, and the United States' consent to such dismissal is limited to Defendants Gold Flora LLC, GF Distribution LLC,

Gold Flora Partners LLC, and Black Lion Farms LLC, and has no effect on the continuation of this action as to Defendant Laurie Holcomb.

DATED:    July 21, 2026                Respectfully submitted,

ADAM GORDON
United States Attorney

/s/ *Joseph P. Price, Jr.*
Joseph P. Price Jr.
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2

23CV1962