PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
DYLAN M. ASTE (281341)
FRANCIS T. KALINSKI (360576)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000; Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
dylan.aste@pillsburylaw.com
frank.kalinski@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOFFER LEE (280360)
2400 Hanover Street
Palo Alto, CA 94304
Telephone: 650-233-4500; Facsimile: 650-233-4545
Email: christoffer.lee@pillsburylaw.com

Attorneys for Defendant LAURIE HOLCOMB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,

Plaintiffs,

v.

GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, and LAURIE HOLCOMB,

Defendants.

Case No. 3:23-cv-01962-W-MMP

**DECLARATION OF DYLAN M. ASTE IN SUPPORT OF DEFENDANT LAURIE HOLCOMB'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(3) OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Date: October 12, 2026
Judge: Hon. Thomas J. Whelan
Courtroom: 3C

**NO ORAL ARGUMENT PER LOCAL RULE UNLESS FURTHER ORDERED BY THE COURT**

Complaint Filed: July 8, 2026
Trial Date: None Set

I, DYLAN M. ASTE, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am Counsel in the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Defendant Laurie Holcomb ("Holcomb") in the above-captioned matter. I submit this declaration in support of Defendant Holcomb's Request for Judicial Notice and in Support of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3) or, in the Alternative, to Transfer Venue. I have personal knowledge of the facts stated in this declaration, and if I were to be called as a witness to testify thereto, I would be competent to testify.

2. On August 20, 2026, I accessed ProPublica.org's Tracking PPP website at https://projects.propublica.org/coronavirus/bailouts/, which permits users to search for Paycheck Protection Program ("PPP") loans and information.

3. I ran two general searches for "marijuana" and "cannabis." True and accurate copies of those search results are attached here as **<u>Exhibits A and B</u>** respectively.

4. I accessed the PPP loan information for "A Recreational Marijuana Store LLC" on ProPublica's Tracking PPP website. A true and accurate copy of that webpage identifying the PPP loan obtained by A Recreational Marijuana Store LLC is attached here as **<u>Exhibit C</u>**.

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of August, 2026 at San Diego, California.

DYLAN M. ASTE

**TABLE OF CONTENTS**


| Exhibit | Description | Page |
|---|---|---|
| A | ProPublica.org's Tracking PPP Website Search re marijuana | 5 |
| B | ProPublica.org's Tracking PPP Website Search re cannabis | 11 |
| C | ProPublica.org's Tracking PPP Website Search re PPP Loan Information for A Recreational Marijuana Store | 26 |

# EXHIBIT A

ProPublica TRACKING PPP Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

marijuana

Search

For example: trucking, hospice, television, Kasowitz Benson Torres, 90210, Sole Proprietorship

## 7 loans found

If you're looking for an exact term, try adding quotes, e.g., "farm market"

Recipient
MARIJUANA FORD

Location
Kinston, NC

Loan Status
Forgiven as of Oct. 15, 2021

Loan Amount
$20,832

Date Approved
March 25, 2021

Recipient
MARIJUANA LEWIS

Location
New Orleans, LA

Loan Status
Forgiven as of June 9, 2022

Loan Amount
$20,000

Date Approved

May 20, 2021

Recipient

MARIJUANA MYLES

Location

Round Rock, TX

Loan Status

Not Disclosed

Loan Amount

$18,540

Date Approved

April 26, 2021

Recipient

MARIJUANA TURNER

Location

LOUISVILLE, KY

Loan Status

Forgiven as of Aug. 25, 2021

Loan Amount

$18,250

Date Approved

Feb. 7, 2021

Recipient

MARIJUANA POLICY PROJECT FOUNDATION

Location

WASHINGTON, DC

Loan Status

Forgiven as of Jan. 12, 2022

Loan Amount

$124,485

Date Approved

May 1, 2020

Recipient

A RECREATIONAL MARIJUANA STORE LLC

Location

PORT ORCHARD, WA

Loan Status

Forgiven as of Oct. 21, 2021

Loan Amount

$79,110

Date Approved

July 29, 2020

Recipient

PEACE MEDICAL MARIJUANA CONSULTANTS LLC

Location

ALBUQUERQUE, NM

Loan Status

Not Disclosed

Loan Amount

$24,660

Date Approved

June 29, 2020

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories
Contact Us
Donate

PROPUBLICA

© Copyright 2017 Pro Publica Inc.

# EXHIBIT B

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

cannabis

Search

For example: trucking, hospice, television, Kasowitz Benson Torres, 90210, Sole Proprietorship

## 33 loans found

If you're looking for an exact term, try adding quotes, e.g., "farm market"

Recipient
CANNABIS CUISINE

Location
Phoenix, AZ

Loan Status
Forgiven as of Nov. 22, 2022

Loan Amount
$17,822

Date Approved
March 15, 2021

Recipient
CANNABIS CUISINE

Location
Phoenix, AZ

Loan Status
Forgiven as of Dec. 20, 2021

Loan Amount
$24,951

Date Approved

April 5, 2021

Recipient
CANNABIS MUSEUM

Location
Guysville, OH

Loan Status
Forgiven as of Sept. 15, 2021

Loan Amount
$32,219

Date Approved
March 18, 2021

Recipient
MOR-CANNABIS

Location
Herndon, VA

Loan Status
Forgiven as of June 10, 2021

Loan Amount
$30,000

Date Approved
May 1, 2020

Recipient
CANNABIS CUSTOMS

Location
Detroit, MI

Loan Status
Forgiven as of March 14, 2022

Loan Amount

$13,212

Date Approved

May 20, 2021

Recipient

CANNABIS INC

Location

New Cumberland, PA

Loan Status

Forgiven as of Oct. 6, 2021

Loan Amount

$2,477

Date Approved

April 5, 2021

Recipient

CANNABIS MUSEUM

Location

GUYSVILLE, OH

Loan Status

Forgiven as of April 1, 2021

Loan Amount

$32,220

Date Approved

April 10, 2020

Recipient

CARBON CANNABIS LLC

Location

LA CROSSE, WI

Loan Status

Forgiven as of March 18, 2021

Loan Amount

$9,000

Date Approved

April 7, 2020

Recipient

TEXAS CANNABIS LLC

Location

Gunter, TX

Loan Status

Forgiven as of April 16, 2021

Loan Amount

$21,700

Date Approved

May 5, 2020

Recipient

CANNABIS SECURITY INC

Location

Portland, OR

Loan Status

Forgiven as of Sept. 15, 2021

Loan Amount

$16,665

Date Approved

March 12, 2021

Recipient

KITSAP CANNABIS LLC

Location

Silverdale, WA

Loan Status

Forgiven as of Oct. 21, 2021

Loan Amount

$40,235

Date Approved

Aug. 7, 2020

Recipient

COOPER CANNABIS LLC

Location

BROKEN ARROW, OK

Loan Status

Forgiven as of June 28, 2021

Loan Amount

$3,600

Date Approved

May 6, 2020

Recipient

VERMONT CANNABIS SOLUTIONS

Location

BURLINGTON, VT

Loan Status

Forgiven as of Nov. 22, 2021

Loan Amount

$19,600

Date Approved

June 24, 2020

Recipient

MEDICAL CANNABIS OUTREACH

Location

Pekin, IL

Loan Status

Forgiven as of June 11, 2021

Loan Amount

$17,257

Date Approved

April 30, 2020

Recipient

KITSAP CANNABIS LLC

Location

2600 NW Randall Way, WA

Loan Status

Forgiven as of Oct. 20, 2021

Loan Amount

$40,235

Date Approved

Feb. 13, 2021

Recipient

LINDEN CANNABIS COMPANY

Location

CHARLESTON, WV

Loan Status

Forgiven as of Sept. 7, 2021

Loan Amount

$8,975

Date Approved

April 27, 2020

Recipient
KENTUCKY CANNABIS COMPANY

Location
Midway, KY

Loan Status
Forgiven as of Aug. 23, 2021

Loan Amount
$112,675

Date Approved
March 28, 2021

Recipient
THE CANNABIS ALLIANCE

Location
SEATTLE, WA

Loan Status
Forgiven as of Sept. 1, 2021

Loan Amount
$16,908

Date Approved
Feb. 1, 2021

Recipient
VERMONT CANNABIS SOLUTIONS LLC

Location
Burlington, VT

Loan Status
Forgiven as of Jan. 19, 2022

Loan Amount
$19,604

Date Approved

March 13, 2021

Recipient

CANNABIS SUPER STORE LLC

Location

CLE ELUM, WA

Loan Status

Fully Disbursed

Loan Amount

$53,697

Date Approved

April 30, 2020

Recipient

CANNABIS PROFESSIONAL CONSULTING, LLC

Location

IOWA CITY, IA

Loan Status

Fully Disbursed

Loan Amount

$7,245

Date Approved

May 27, 2020

Recipient

BLACK IN CANNABIS LLC.

Location

Sanford, FL

Loan Status

Forgiven as of July 19, 2021

Loan Amount

$12,202

Date Approved

March 6, 2021

Recipient

NATIONAL CANNABIS INDUSTRY ASSOCIATION

Location

Denver, CO

Loan Status

Forgiven as of Sept. 16, 2021

Loan Amount

$231,825

Date Approved

Feb. 13, 2021

Recipient

KENTUCKY CANNABIS COMPANY LLC

Location

Midway, KY

Loan Status

Forgiven as of June 14, 2021

Loan Amount

$112,675

Date Approved

Jan. 20, 2021

Recipient

YOUR HEALH WITH CANNABIS

Location

West Palm Beach, FL

Loan Status

Fully Disbursed

Loan Amount

$20,800

Date Approved

Aug. 7, 2020

Recipient

CANNABIS COMPLIANCE SOLUTIONS, LLC

Location

La Quinta, CA

Loan Status

Fully Disbursed

Loan Amount

$1,060

Date Approved

May 6, 2020

Recipient

SUPERIOR CANNABIS COMPANY LLC

Location

AUSTIN, MN

Loan Status

Forgiven as of March 18, 2021

Loan Amount

$7,557

Date Approved

April 10, 2020

Recipient

BLACK IN CANNABIS LLC.

Location

Miami, FL

Loan Status

Forgiven as of Feb. 9, 2022

Loan Amount

$12,082

Date Approved

May 12, 2021

Recipient

RVA CANNABIS COMPANY LLC

Location

Chester, VA

Loan Status

Forgiven as of June 3, 2022

Loan Amount

$31,250

Date Approved

April 28, 2020

Recipient

GREEN THUMB MOBILE CANNABIS DELIVERY

Location

Sacramento, CA

Loan Status

Forgiven as of Nov. 10, 2021

Loan Amount

$12,500

Date Approved

May 20, 2021

Recipient

SAWBUCKS CANNABIS AND EDIBLE SHOP

Location

Calumet City, IL

Loan Status

Forgiven as of Sept. 17, 2021

Loan Amount

$13,020

Date Approved

March 31, 2021

Recipient

CANNABIS CULTIVATORS OF CLARK COUNTY LLC

Location

GREENWOOD, WI

Loan Status

Forgiven as of Nov. 29, 2021

Loan Amount

$18,295

Date Approved

April 28, 2020

Recipient

TEXAS CANNABIS LLC (DBA PEBBLE GLOBAL HOLDINGS)

Location

Gunter, TX

Loan Status

Forgiven as of Sept. 9, 2021

Loan Amount

$17,585

Date Approved

April 14, 2021

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica
ProPublica Illinois
The Data Store
Topics
Series
News Apps
Get Involved
Impact
Corrections

About Us
Board and Advisors
Officers and Staff
Diversity
Jobs and Fellowships
Reports
Media Center
Advertising Policy
Code of Ethics
Privacy Policy

Subscribe by Email
Subscribe by RSS
Twitter
Facebook
iOS and Android
Podcast

Leak to Us
Steal Our Stories

Contact Us

Donate

PROPUBLICA

© Copyright 2017 Pro Publica Inc.

# EXHIBIT C

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

Search

Home ›

## A RECREATIONAL MARIJUANA STORE LLC

Why is my loan information here?

Loan Amount
**$79,110**

Amount Forgiven
**$80,064**
*Includes any accrued interest*

Where applicants said the money will go

| | |
|---|---|
| Payroll | $79,110 |
| Utilities | $0 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $0 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Port Orchard, WA
Urban

Industry
All Other Miscellaneous Store Retailers (except Tobacco Stores)

Date Approved
July 29, 2020 (First Round)

Lender
Cross River Bank

Jobs Reported
10

Business Type

Limited Liability Company(LLC)

Business Age

Unanswered

Loan Status

Forgiven

Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during the defined period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data reflects loan applications approved by banks and submitted to the SBA. It may not account for money not distributed to, or credit not used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate

PROPUBLICA

© Copyright 2017 Pro Publica Inc.