PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
DYLAN M. ASTE (281341)
FRANCIS T. KALINSKI (360576)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000; Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
dylan.aste@pillsburylaw.com
frank.kalinski@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOFFER LEE (280360)
2400 Hanover Street
Palo Alto, CA 94304
Telephone: 650-233-4500; Facsimile: 650-233-4545
Email: christoffer.lee@pillsburylaw.com

Attorneys for Defendant
LAURIE HOLCOMB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,

Plaintiffs,

v.

GOLD FLORA LLC, GF DISTRIBUTION LLC, GOLD FLORA PARTNERS LLC, BLACK LION FARMS LLC, and LAURIE HOLCOMB,

Defendants.

Case No. 3:23-cv-01962-W-MMP

**NOTICE OF WITHDRAWAL**

Judge: Hon. Thomas J. Whelan
Courtroom: 3C

Complaint Filed: July 8, 2026

Trial Date: None Set

Please take notice that Christoffer Lee is no longer associated with this case. As a result, the Clerk of the Court is respectfully requested to terminate Christoffer Lee as counsel for Defendant Laurie Holcomb. Dylan Aste, Paul Fraidenburgh, and Frank Kalinski remain counsel of record for Defendant Laurie Holcomb.

Dated: September 11, 2026

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: *_/s/ Christoffer Lee_*
Paul J. Fraidenburgh
Dylan M. Aste
Francis T. Kalinski
Christoffer Lee

Attorney for Defendant Laurie Holcomb